IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MIGDALIA PABON<br><br>　　　　Defendant | 1:19 CR 124<br><br>JUDGE PEARSON<br><br>**NOTICE OF INTENT TO ENTER PLEA** |

Now comes, Migdalia Pabon, by and through his undersigned counsel, and indicates her intention to enter a plea. Counsel has reviewed and explained the charges to Ms. Pabon and has reviewed discovery. Undersigned has had discussion regarding a plea in this matter with the AUSA and there is a written plea agreement.

　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　*/s/ Joseph V. Pagano*
　　　　　　　　　　　　　　　JOSEPH V. PAGANO (0073491)
　　　　　　　　　　　　　　　P.O. Box 16869
　　　　　　　　　　　　　　　Rocky River, Ohio 44116
　　　　　　　　　　　　　　　Phone: 216-685-9940
　　　　　　　　　　　　　　　Fax: 440-331-4377
　　　　　　　　　　　　　　　jvpemo@yahoo.com
　　　　　　　　　　　　　　　Attorney for Defendant

**CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically served on this 5th day of November 2019. Notice of this filing will be sent to all counsel indicated on the electronic receipt by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 5, 2019.

                Respectfully submitted,

                */s/ Joseph V. Pagano*
                JOSEPH V. PAGANO (0073491)
                P.O. Box 16869
                Rocky River, Ohio 44116
                Phone: 216-685-9940
                Fax: 440-331-4377
                jvpemo@yahoo.com